S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #05203**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR   97204-2902
Telephone:   (503) 727-1000
Facsimile:   (503) 717-1117
Attorneys for United States of America

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR-00267-06-BR |
| v. | MOTION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM* |
| MORGAN ELIZABETH GODVIN, | |
| Defendant. | |

The United States of America, by and through its undersigned attorney, pursuant to Chapter 153, Title 28, United States Code, moves this Court for an order for a writ of habeas corpus *ad prosequendum* directing the Superintendent of the facility, to deliver to the United States Marshal for the District of Oregon, or his duly authorized Deputy, the body of defendant named above, in order that the said defendant may be brought before this Court on **Thursday, August 7, 2014** at 1:30 p.m., for the purpose of arraignment, trial, and any further proceedings.

Dated this 29th day of July 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney