UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR-00267-06-BR |
| v. | WRIT OF HABEAS CORPUS *AD PROSEQUENDUM* |
| **MORGAN ELIZABETH GODVIN,** | |
| Defendant. | |

To:   Sheriff, Multnomah County:

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant **MORGAN ELIZABETH GODVIN, Multnomah County SWIS #770556,** a prisoner in your custody currently being housed at MCIJ, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this Court on **Thursday, August 7, 2014,** at 1:30 p.m., for the purpose of arraignment, trial and any further proceedings.   It is further ordered that the United States Marshal, or his duly authorized Deputy, shall re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated this _____ day of July 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney